# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFF STEVENS, | ) |
| **Plaintiff,** | ) |
| vs. | ) CIVIL NO. 07-889-GPM |
| GENERAL CABLE CORPORATION, | ) |
| **Defendant.** | ) |

# ORDER OF DISMISSAL

**MURPHY, District Judge:**

On February 25, 2009, this Court entered an Order to Show Cause. Plaintiff was ordered to file, no later than noon today, a response to the Court's Order explaining why this case should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 37. Plaintiff was warned that if he did not respond, the case would be dismissed, and reasonable expenses, including attorney's fees, would be taxed. Nothing was filed in response to the Order to Show Cause, and a response has not been filed to the motion to dismiss filed by Defendant on January 21, 2009.

Accordingly, this action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 37(b)(2)(A)(v) and (d)(3). Defendant shall submit an application for reasonable expenses, including attorney's fees, incurred because of Plaintiff's failure to act within **14 days**. The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: 2/27/2009

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge